O'BANNON *et al.*
*vs*
HUFFMAN.

Mandate.

MOTION.

Case 68.

·*April* 27.

Sheriff, for failing to return execution for thirty days after the return day, is liable, on motion, for principal, interest, and costs, and 30 per cent. thereon, at *the time the liability is incured*, and not to be computed at the rendition of the judgment.

## O'Bannon *et al.* vs Huffman.

### ERROR TO THE GARRARD CIRCUIT.

*Sheriff's liability, on motion, for failing to return execution for thirty days.*

CHIEF JUSTICE ROBERTSON delivered the Opinion of the Court.

ACCORDING to the literal and established constructive import of the statute of 1811, (*Stat. Law.* 626,) a sheriff, for failing to return a *fieri facias*, for one month succeeding the return day thereof, is liable, *on motion*, for the aggregate amount of "principal, interest, and costs, *expressed* in such writ of execution," and which was due and collectable at the instant when he became liable to such motion, that is, at the end of one month from the return day, and also for 30 per cent. penalty, on *that* aggregate sum, as thus due when the delinquency occurred. He is not liable for interest between that time and that of the judgment against him, nor for 30 per cent. on such intermediate interest. If a party elect to proced for the penalty, he cannot recover more than the amount due at the expiration of one month from the return day, and 30 per cent. thereon: *Flournoy* vs *Rubey*, 5 *J. J. Marshall*, 322.

The judgment against the sheriff and his sureties, in this case, being for the amount of the debt and costs expressed in the execution, and interest on the debt, up to the date of the judgment, and 30 per cent. on that aggregate amount, was therefore, to a small extent, excessive, and must, consequently, be reversed.

Judgment reversed, and cause remanded for a judg-  *CAIN*
ment to be entered pursuant hereto.                *vs*
                                                   *CAIN et al.*

*Bradley & Harlan* for plaintiffs:   *Turner* for defen-
dants.